LAW OFFICES
# DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

November 13, 2019

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: _____

Re: United States v. Markeem Jordan, et al.
   17 CR 283 (LAP)

Dear Judge Preska:

I write to request a final adjournment of sentencing in Mr. Jordan's case. Sentencing is currently scheduled for November 19, 2019. Assistant United States Attorney Adam Hobson consents to the application.

My sentencing submission is incomplete, and the forensic report prepared by LMSW Jenny Crawford was received, in draft form, on November 9th. I have not had an opportunity to review it with Mr. Jordan.

I am in trial preparation for a lengthy health care fraud trial set to begin on January 6, 2020. Given my trial prep obligations, and my need to complete my submission, I therefore respectfully seek the court's indulgence. Accordingly, I ask that the sentencing be adjourned to a convenient date during the week of December 30, or (late afternoon) during the week of January 6, 2020.

Respectfully,

David Wikstrom

```
The sentencing is adjourned to
January 8, 2020, at 4:00 PM.

SO ORDERED.
```

_____
Loretta A. Preska
U.S. District Judge