UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -versus-

MARKEEN JORDAN,

        Defendant.

17 Cr. 283 (LAP)

ORDER

---

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court is in receipt of Mr. Jordan's motion pursuant to 18 U.S.C. § 3532(c)(1)(A) (dkt. no. 371).  The Government shall respond to Mr. Jordan's motion by letter no later than July 8, and Mr. Jordan may submit a reply by no later than July 15.  Chambers will mail a copy of this order to Mr. Jordan.

**SO ORDERED.**

Dated:  June 22, 2020
       New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.