UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -versus-

MARKEEN JORDAN,

        Defendant.

17 Cr. 283 (LAP)

ORDER

---

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    On June 19, the Court received Mr. Jordan's motion pursuant to 18 U.S.C. § 3582(c)(1)(A) (dkt. no. 371), and on June 22, the Court entered an order (dkt. no. 372) directing the Government to respond to that motion by July 8 and permitting Mr. Jordan to submit a reply by July 15.  The Government submitted its opposition on July 7 (dkt. no. 376), but Mr. Jordan has not submitted reply to date.  If Mr. Jordan fails to submit a reply by August 24, the motion will be decided based on the submissions currently before the Court.  The Clerk of the Court shall mail a copy of this order to Mr. Jordan.

**SO ORDERED.**

Dated:  August 3, 2020
       New York, New York

*/s/ Loretta A. Preska*

_____
LORETTA A. PRESKA, U.S.D.J.