UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>MARKEEN JORDAN,<br><br>                    Defendant. | No. 17-CR-283 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Markeen Jordan's letter requesting a judicial recommendation to the Bureau of Prisons. (Dkt. no. 414.)  The Government shall respond to Mr. Jordan's letter no later than January 4, 2021.  Mr. Jordan may submit a reply by no later than January 25, 2021.  A copy of this order shall be mailed to Mr. Jordan.

**SO ORDERED.**

Dated:     December 3, 2020
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1